# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BYERS MONROE, | ) 3:10-CV-00792-LRH-VPC |
| Plaintiff. | ) |
| v. | ) **STIPULATION AND ORDER OF DISMISSAL** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

It is hereby stipulated and agreed, by and between the parties hereto, that this action may be dismissed without prejudice, with each party to bear their own costs of litigation and attorneys' fees, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DANIEL G. BOGDEN
United States Attorney

*/s/ James R. Monroe*
JAMES MONROE
Plaintiff Appearing pro se

MICHAEL W. LARGE
Assistant United States Attorney

IT IS SO ORDERED

DATED this 5th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE